## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SAMIR SAID,<br><br>                        Plaintiff,<br><br>     v.<br><br>AXA EQUITABLE LIFE INSURANCE<br>COMPANY,<br><br>                     Defendant. | **Civil Action No.:**<br><br>**17-cv-06977 (CCC)(CLW)**<br><br>**STIPULATION OF<br>DISCONTINUANCE<br>*WITH PREJUDICE*** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiff, Samir Said, and Defendant, AXA Equitable Life Insurance Company, that the above civil action is hereby dismissed, *with prejudice*, pursuant to Fed. R. Civ. P. 41(a)(1), without the payment of court costs or attorneys' fees by either party to the other.

Dated: _August 12_, 2019                    Dated:  August 9, 2019

By: _____                    By: _____
Michael E. Quiat, Esq.                           Andrew I. Hamelsky, Esq.
Uscher, Quiat, Uscher & Russo, P.C               The Legal Center
433 Hackensack Avenue                            One Riverfront Plaza
Hackensack, New Jersey 07601                     1037 Raymond Boulevard, Suite 230
*Attorney for Plaintiff*                         Newark, New Jersey 07102-5425
                                                 (201) 368-7200
                                                 *Attorneys for Defendant*
                                                 *AXA Equitable Life Insurance Company*