UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SAMIR SAID,<br><br>                            Plaintiff,<br><br>v.<br><br>AXA EQUITABLE LIFE INSURANCE COMPANY,<br><br>                            Defendant. | Civil Action No.:<br><br>17-cv-06977 (CCC)(CLW)<br><br>**STIPULATION OF DISCONTINUANCE *WITH PREJUDICE*** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiff, Samir Said, and Defendant, AXA Equitable Life Insurance Company, that the above civil action is hereby dismissed, *with prejudice*, pursuant to Fed. R. Civ. P. 41(a)(1), without the payment of court costs or attorneys' fees by either party to the other.

Dated: August 12, 2019

By: _____
Michael E. Quiat, Esq.
Uscher, Quiat, Uscher & Russo, P.C
433 Hackensack Avenue
Hackensack, New Jersey 07601
*Attorney for Plaintiff*

Dated: August 9, 2019

By: _____
Andrew I. Hamelsky, Esq.
The Legal Center
One Riverfront Plaza
1037 Raymond Boulevard, Suite 230
Newark, New Jersey 07102-5425
(201) 368-7200
*Attorneys for Defendant*
*AXA Equitable Life Insurance Company*

**SO ORDERED**

*s/Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.

Date: August 14, 2019

23255280v.1